## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kenneth Eric Brumberger                           CHAPTER 7
                    <u>Debtor</u>

                                                         BKY. NO. 16-18943 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the
master mailing list.

          Respectfully submitted,

          **/s/ Matteo S. Weiner, Esq.**
          Matteo S. Weiner, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734