# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kenneth Eric Brumberger<br>           <u>Debtor(s)</u> | CHAPTER 7 |
| Toyota Lease Trust<br>           <u>Movant</u><br>    vs. | NO. 16-18943 AMC |
| Kenneth Eric Brumberger<br>           <u>Debtor(s)</u> | |
| Lynn E. Feldman Esq.<br>           <u>Trustee</u> | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA SIENNA , VIN: 5TDDK3DC9ES085863  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  12th   day of   July    , 2017.

_____
Ashely M. Chan, U.S. Bankrutpcy Judge

cc: See attached service list

Kenneth Eric Brumberger
1136 Tower Lane East
Narberth, PA 19072

Harry J. Giacometti, Flaster/Greenberg, P.C.
1835 Market Street Suite 1050
Philadelphia, PA 19103

Lynn E. Feldman Esq.
221 North Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532