```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 16-18943-amc
Kenneth Eric Brumberger                                                 Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: admin                 Page 1 of 2                   Date Rcvd: Aug 04, 2017
                               Form ID: 318                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132
13918917       +1136 Tower Lane East,    Penn Valley, Pennsylvania 19072-1132
13844583       +American Express,    PO Box 183084,    Columbus, OH 43218-3084
13844584       +Bryn Mawr Trust,    620 W. Germantown Pike,    Suite 350,    Plymouth Meeting, PA 19462-2219
13844586       +Cleveland Court,    Civil Clerk, 1st Floor Justice Center,     1200 Ontario Street,
                 Cleveland, OH 44113-1645
13844587       +Disability Management Consultants, LLC,     1532 McDaniel Drive,    West Chester, PA 19380-7034
13922216       +Elite Imaging Corp.,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,     Philadelphia, PA 19107-3501
13844588       +Jay S. Rosenblum,    101 Maple Avenue,    Bala Cynwyd, PA 19004-3016
13844589       +Joyce Wojtowicz,    1015 Lansing Street,    Philadelphia, PA 19111-3216
13844590       +Kimberly Kubek,    3475 West Chester Pike,    Suite 240,    Newtown Square, PA 19073-4291
13921039       +Maxus Capital Group, LLC,    c/o Kirk W. Roessler, Esq.,     1301 East Ninth Street, Suite 3500,
                 Cleveland, OH 44114-1838
13844592      #+Maxus Capital Group, LLC,    31300 Bainbridge Road,    Solon, OH 44139-2270
13844593       +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13844594       +Michael Clair,    410 S. Front Street,    #306,   Philadelphia, PA 19147-1709
13844598       +PNC Equipment Finance, LLC,    995 Dalton Avenue,    Cincinnati, OH 45203-1100
13869772       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13844595       +Pacific Western Bank,    9701 Wilshire Blvd., Suite 700,     Beverly Hills, CA 90212-2007
13844596        Philip J. Moldofsky,    3239 Fawn Road,    Worcester, PA 19490
13844597        Phillip J. Moldofsky,    3239 Fawn Road,    Worcester, PA 19490
13844599       +Richard Miller,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844600       +Siemens Financial Services, Inc.,    170 Wood Avenue South,    Iselin, NJ 08830-2726
13921900       +Siemens Financial Services, Inc.,    c/o Phillips Lytle LLP,    Attn:   Todd A. Ritschdorff,
                 Omni Plaza, 30 South Pearl Street,    Albany, NY 12207-1537
13844609       +TSI, LP,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13844602       +Tri-State Imaging Consultants, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844603       +Tri-State Imaging DE Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844605       +Tri-State Imaging PA Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844607       +Tri-State Imaging PR, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844608       +Tri-State Imaging PR, LLC Employee Plan,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844606       +Tri-State Imaging Partners, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13844591      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Lexus Financial Services,     PO Box 790069,
                 Saint Louis, MO 63179-0069)
13871042       +United States Department of Labor,    Employee Benefits Security Administratio,
                 c/o Brandon Pfister,    170 S. Independence Mall West, Suite 870,    Philadelphia, PA 19106-3323
13844610       +WCP Breast MRI, LP,    101 Greenwood Avenue,    Suite 150,    Jenkintown, PA 19046-2614
13844612        Wells Fargo Bank, N.A.,    PO Box 14529,    Des Moines, IA 50306-3529
13844613        William Hartz,    511 Waldron Drive,    Haverford, PA 19041
13844614        William Hartz,    611 Waldron Drive,    Haverford, PA 19041
13846729       +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Aug 05 2017 01:28:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2017 01:27:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13855541        EDI: BECKLEE.COM Aug 05 2017 01:28:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13844585        EDI: TSYS2.COM Aug 05 2017 01:28:00     Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
13844601        EDI: TFSR.COM Aug 05 2017 01:28:00     Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
13844611       +EDI: WFFC.COM Aug 05 2017 01:28:00     Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13844604        Tri-State Imaging NJ Holdings, LLC,    1532 McDaniel Drive,    PA 19280
aty*           +LYNN E. FELDMAN,    Feldman Law Offices PC,    221 N. Cedar Crest Blvd.,
                 Allentown, PA 18104-4603
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: 318             Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:

```
          ALFRED T GIULIANO    atgiuliano@giulianomiller.com,   NJ90@ecfcbis.com;ddileo@giulianomiller.com
          BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
          HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
           reenberg.com
          LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.epiqsystems.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
          MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 mjburnslaw@verizon.net
          SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
           ddrages@discrimlaw.net
          SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 sgold@discrimlaw.net,   ddrages@discrimlaw.net
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kenneth Eric Brumberger** | Social Security number or ITIN **xxx–xx–6547** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **16–18943–amc** | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth Eric Brumberger

<u>8/3/17</u>                                                                **By the court:**   <u>Ashely M. Chan</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**