UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KENNETH ERIC BRUMBERGER | Case No. 16-18943-AMC |
| Debtor. | |

### STIPULATION TO EXTEND TIME TO RESPOND TO OBJECTION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO CERTAIN OF THE DEBTOR'S CLAIMS OF EXEMPTION

IT IS HEREBY STIPULATED AND AGREED, by and between Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and Kenneth Eric Brumberger (the "Debtor"), by and through their respective counsel, that the Debtor's time to respond to the Trustee's Objection to Certain of the Debtor's Claims of Exemption (Docket No. 62), be, and the same hereby is, extended through August 23, 2017.

| | |
|---|---|
| **DUANE MORRIS LLP** | **FLASTER/GREENBERG, P.C.** |
| /s/ Lawrence J. Kotler | |
| Lawrence J. Kotler, Esq. | Harry J. Giacometti, Esq. |
| 30 South 17th Street | 1835 Market Street, Suite 1050 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (215)979-1514 | Tel: (215) 587-5680 |
| *Attorneys for the Trustee* | *Attorneys for the Debtor* |
| Dated: August 9, 2017 | Dated: August 9, 2017 |

1