IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER, | Case No. 16-18943-AMC |
| Debtor. | |

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the hearing, previously scheduled for September 27, 2017 at 11:00 a.m., has been adjourned to **November 1, 2017 at 11:00 a.m.** before the Honorable Ashely M. Chan in Courtroom 5, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

DATED: September 26, 2017
Philadelphia, Pennsylvania

/s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire (PA I.D. 56029)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone:  (215) 979-1000
Facsimile:  (215) 979-1020
Email: ljkotler@duanemorris.com

*Counsel for Lynn E. Feldman,
Chapter 7 Trustee for the Debtor's Estate*

DM3\4831455.1