IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **KENNETH ERIC BRUMBERGER,** | ) | |
| | ) | **Case No. 16-18943-elf** |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPLICATION AUTHORIZING THE EMPLOYMENT AND RETENTION OF BIELLI & KLAUDER, LLC AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE PURSUAN TO 11 U.S.C. § 327(a)

**PLEASE TAKE NOTICE** that on October 16, 2018, Lynn E. Feldman (the "Trustee"), court appointed chapter 7 Trustee for the estate of Kenneth Eric Brumberger, the above-captioned chapter 7 debtor (the "Debtor"), filed the *Application for an Order Authorizing the Employment and Retention of Bielli & Klauder, LLC as Special Litigation Counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. § 327(a)* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that if you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, within seven (7) days from the date hereof, you or your attorney must do all of the following:

(a)     file an answer or other response explaining your position at:

Clerk of Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     mail a copy to:

Feldman Law Office PC
Lynn E. Feldman, Esquire
221 N. Cedar Crest Blvd.
Allentown, Pennsylvania 18104

*and*

DM3\5480262.1

Duane Morris LLP
Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

**PLEASE TAKE FURTHER NOTICE** that in the event an answer or other response is filed, a hearing to consider the relief requested in the Application will be scheduled at a date and time to be determined by the Court. Such hearing, however, will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 214, Philadelphia, Pennsylvania 19107.

**PLEASE TAKE FURTHER NOTICE** that if a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that you may contact that Bankruptcy Clerk's office at 215-408-2800 to find out whether a hearing has been set and, if so, for what date and time.

Dated: November 13, 2018                                  FELDMAN LAW OFFICE PC

                                                          By: ___/s/ Lynn E. Feldman_____
                                                              Lynn E. Feldman, Esquire
                                                              P.A. Bar I.D. No. 35996
                                                              221 N. Cedar Crest Blvd.
                                                              Allentown, Pennsylvania 18104
                                                              Telephone:   (610) 530-9285
                                                              Facsimile:   (610) 437-7011
                                                              Email: feldmanfiling@rcn.com

                                                          *Chapter 7 Trustee for the Debtor's Estate*