IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| KENNETH ERIC BRUMBERGER, | : | |
| | : | Case No. 16-18943-ELF |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING RETENTION OF BIELLI & KLAUDER, LLC
AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE
PURSUANT TO 11 U.S.C. § 327(A)**

Upon consideration of the *Application for an Order Authorizing the Employment and Retention of Bielli & Klauder, LLC As Special Litigation Counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. § 327(a)* (the "Application")[1], filed by Lynn E. Feldman, Esquire, chapter 7 Trustee in the above-captioned chapter 7 case (the "Trustee"); and upon consideration of the affidavit of Thomas D. Bielli, Esq. (the "Bielli Affidavit") sworn to on October 12, 2018, which is annexed to the Application as Exhibit A; and the Court being satisfied based on the representations made in the Application and the Bielli Affidavit that B&K is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter; and it appearing that the Application is a core proceeding; and adequate notice of the Application and opportunity for objection having been given; and it appearing that no other notice need be given; and, after due deliberation and sufficient cause therefor; it is hereby

**ORDERED** that the Application is granted as provided herein; and it is further

---

[1] All capitalized not otherwise defined herein shall have the meanings ascribed to them in the Application.

DM3\5416044.1

**ORDERED** that pursuant to 11 U.S.C. § 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Trustee is authorized and empowered to employ and retain B&K as her special litigation counsel herein as of October 12, 2018 on the terms and conditions set forth in the Application and the Bielli Affidavit; and it is further

**ORDERED** that B&K is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED** that to the extent there is an inconsistency among this Order, or the Application, or the Bielli Affidavit, the terms of this Order shall govern; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters relating to the interpretation of implementation of this Order; and it is further

**ORDERED** that all compensation and reimbursement of expenses to be paid to B&K shall be subject to prior application to, and award by, this Court, pursuant to 11 U.S.C. §§ 330 and 331, the Federal and Local Bankruptcy Rules, any other Orders of this Court, and the Guidelines promulgated by the Office of the United States Trustee.

Dated: **November 26** 2018

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge

CC:

Lynn E. Feldman, Esq.
Feldman Law Office PC
221 N. Cedar Crest Blvd.
Allentown, Pennsylvania 18104

Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

2

DM3\5416044.1

United States Trustee
Office of the U.S. Trustee
for the Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

3

DM3\5416044.1