# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KENNETH ERIC BRUMBERGER<br><br>Debtor. | Chapter 7<br><br>Case No. 16-18943 (AMC) |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Thomas D. Bielli, Esquire hereby enters his appearance as special litigation counsel to the Chapter 7 Trustee in the above-captioned proceeding, and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Thomas D. Bielli, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 215-642-8271
Email: tbielli@bk-legal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above referenced case and all proceedings therein.

**BIELLI & KLAUDER, LLC**

Dated: November 27, 2018

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 202100)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 215-642-8271
Email: tbielli@bk-legal.com

*Special Counsel to the Chapter 7 Trustee*