IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER, | Case No. 16-18943-AMC |
| Debtor. | |

ORDER APPROVING SETTLEMENT AGREEMENT
BY AND BETWEEN LYNN E. FELDMAN, CHAPTER 7 TRUSTEE,
AND MICHAEL A. CARR

AND NOW, this _____ day of _____ 2019, upon the motion of Lynn E. Feldman, (the "Motion"), the duly appointed Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and approving the DMC Settlement Agreement as defined in and attached to the Motion; due notice having been given; and the Court determining that good cause and sufficient bases exist for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The DMC Settlement Agreement is APPROVED; and

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, effectuation or implementation of this Order and/or the DMC Settlement Agreement.

**SO ORDERED.**

BY THE COURT:

_____
Ashely M. Chan, U.S.B.J.

CC:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pa 19103

DM3\5668204.1