**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 7** |
|  | : |  |
| **KENNETH ERIC BRUMBERGER,** | : |  |
|  | : | **Case No. 16-18943-AMC** |
| **Debtor.** | : |  |
|  | : |  |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**TO:   THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING
NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE, NOTICE IS GIVEN THAT:**

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtors (the "Trustee" or

"Movant"), has filed a Motion for Entry Of An Order Authorizing And Approving Settlement

Agreement Pursuant to Bankruptcy Rule 9019 with Michael A. Carr (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case.  (If you do not have an**

**attorney, you may wish to consult an attorney.)**

1.     If you do not want the court to grant the relief sought in the Motion of if you want

the court to consider your views on the Motion, then on or before **April 1, 2019 at 4:00**

**p.m.**, you or your attorney must do all of the following:

DM3\5668204.1

a.   **File an answer explaining your position at:**

Clerk of Court
United States Bankruptcy Court for the Eastern District of PA
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early

enough so that it will be received on or before the date stated above; and

b.   **Mail a copy of your answer to the Movant's attorney:**

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
215-979-1514 (telephone)
215-979-1020 (telecopier)

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)

above and attend the hearing, the court may enter an order granting the relief requested in the

Motion.

3.     A hearing on the Motion is scheduled to be held before the Honorable Ashely M.

Chan on **April 8, 2019 at 11:00 a.m.,** in Courtroom 4, United States Bankruptcy Court, 900

Market Street, Philadelphia, Pennsylvania 19107.  Unless the court orders otherwise, the hearing

on this contested matter will be an evidentiary hearing at which witnesses may testify with

respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to

you if you request a copy from the attorney named in paragraph 1(b).

DM3\5668204.1

You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the

hearing has been cancelled because no one filed an answer.

Date: March 14, 2019                              DUANE MORRIS LLP


                                    By:    /s/ Lawrence J. Kotler
                                           Lawrence J. Kotler, Esquire
                                           PA Attorney Identification No. 56029
                                           30 South 17th Street
                                           Philadelphia, PA 19103
                                           215.979.1000

                                           *Attorneys for Movant,*
                                           *Lynn E. Feldman, Chapter 7 Trustee*

3

DM3\5668204.1