# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER | Case No. 16-18943 (AMC) |
| Debtor. | |

## CERTIFICATE OF NO RESPONSE
**(Re: D.I. 99)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Lynn E. Feldman, Chapter 7 Trustee for Order to Approve Settlement Agreement Between the Chapter 7 Trustee and American Express National Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") (D.I. 99) which was filed on February 7, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion (D.I. 100), objections to the Motion were to be filed and served no later than February 21, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

BIELLI & KLAUDER, LLC

Dated: March 15, 2019

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com

*Special Counsel to the Chapter 7 Trustee*