# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER | Case No. 16-18943 (AMC) |
| Debtors. | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | |
| Plaintiff, | |
| v. | Adversary No. 18-00302 (AMC) |
| BARCLAYS BANK DELAWARE | |
| Defendant. | |

## CERTIFICATE OF NO RESPONSE
### (Re: D.I. Nos. 101, 9)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Lynn E. Feldman, Chapter 7 Trustee for Order to Approve Settlement Agreement Between the Chapter 7 Trustee and Barclays Bank Delaware Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") (D.I. Nos. 101, 9) which was filed on February 19, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion (D.I. Nos. 102, 10), objections to the Motion were to be filed and served no later than March 5, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Dated: March 15, 2019
*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com

*Special Counsel to the Chapter 7 Trustee*