IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KENNETH ERIC BRUMBERGER<br><br>Debtor. | Chapter 7<br><br>Case No. 16-18943 (AMC) |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND AMERICAN EXPRESS NATIONAL BANK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[1] of Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement of certain claims (the "Claims") for avoidance and recovery of allegedly preferential transfers as set forth in the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is Granted as set forth herein.

2. The Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Trustee's Claims against American Express National Bank f/k/a American Express Centurion Bank is hereby approved in full and final settlement of such claim.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order

Dated: **March 18**, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.