# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER | Case No. 16-18943 (AMC) |
| Debtors. | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | |
| Plaintiff, | |
| v. | Adversary No. 18-00302 (AMC) |
| BARCLAYS BANK DELAWARE | |
| Defendant. | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND BARCLAYS BANK DELAWARE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[1] of Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement of certain claims (the "Claims") for avoidance and recovery of allegedly preferential transfers as set forth in the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

that:

1. The Motion is Granted as set forth herein.

2. The Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Trustee's Claims against Barclays Bank Delaware is hereby approved in full and final settlement of such claim.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order

Dated: **March 18**, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge