United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18943-amc
Kenneth Eric Brumberger                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1              Date Rcvd: Mar 18, 2019
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132
sp             +THOMAS D BIELLI,    Bielli & Klauder, LLC,    1500 Walnut Street,    Suite 900,
                Philadelphia, PA 19102-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
          ALFRED T GIULIANO    atgiuliano@giulianomiller.com,  NJ90@ecfcbis.com;ddileo@giulianomiller.com
          BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
          HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg;jennifer.vagnozzi@flasterg
           reenberg.com
          HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg;jennifer.vagnozzi@flasterg
           reenberg.com
          LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
          MICHAEL J. BURNS    on behalf of Plaintiff   Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 mjburnslaw@verizon.net
          PRINCE ALTEE THOMAS    on behalf of Defendant   Wells Fargo Bank, N.A. pthomas@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          SIDNEY L. GOLD    on behalf of Plaintiff   Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 sgold@discrimlaw.net,  ddrages@discrimlaw.net;ashields@discrimlaw.net
          SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
           ddrages@discrimlaw.net;ashields@discrimlaw.net
          THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the
           Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,
           cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS I. PULEO    on behalf of Creditor   Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| KENNETH ERIC BRUMBERGER | : | Case No. 16-18943 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adversary No. 18-00302 (AMC) |
| BARCLAYS BANK DELAWARE | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7
TRUSTEE AND BARCLAYS BANK DELAWARE PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[1] of Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement of certain claims (the "Claims") for avoidance and recovery of allegedly preferential transfers as set forth in the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

that:

    1.      The Motion is Granted as set forth herein.

    2.      The Settlement Agreement attached to the Motion as **<u>Exhibit A</u>** with respect to the Trustee's Claims against Barclays Bank Delaware is hereby approved in full and final settlement of such claim.

    3.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order

Dated: **March 18**, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge