United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-18943-amc
Kenneth Eric Brumberger                                             Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Apr 08, 2019
                              Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db          +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132
cr           American Express Centurion Bank,   c/o Becket & Lee LLP,   .PO Box 3001,
              Malvern, PA 19355-0701
sp          +THOMAS D BIELLI,    Bielli & Klauder, LLC,    1500 Walnut Street,    Suite 900,
              Philadelphia, PA 19102-3518
cr          +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
              1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
13844593    +Michael A. Carr,   5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:38     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:24
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:53:52     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              ALFRED T GIULIANO     atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN     trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.axosfs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
              MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 mjburnslaw@verizon.net
              PRINCE ALTEE THOMAS    on behalf of Defendant    Wells Fargo Bank, N.A. pthomas@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 sgold@discrimlaw.net, ddrages@discrimlaw.net;ashields@discrimlaw.net
              SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
               ddrages@discrimlaw.net;ashields@discrimlaw.net
```

```
District/off: 0313-2           User: John              Page 2 of 2              Date Rcvd: Apr 08, 2019
                               Form ID: pdf900         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          STEVEN J. ADAMS    on behalf of Defendant    Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors sja@stevenslee.com, dda@stevenslee.com
          THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com, cstephenson@bk-legal.com;acarrillo@bk-legal.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                               TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 7
:
KENNETH ERIC BRUMBERGER, :
: Case No. 16-18943-AMC
Debtor. :

ORDER APPROVING SETTLEMENT AGREEMENT
BY AND BETWEEN LYNN E. FELDMAN, CHAPTER 7 TRUSTEE,
AND MICHAEL A. CARR

AND NOW, this 8th day of April 2019, upon the motion of Lynn E. Feldman, (the "Motion"), the duly appointed Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and approving the DMC Settlement Agreement as defined in and attached to the Motion; due notice having been given; and the Court determining that good cause and sufficient bases exist for the relief requested in the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;
2. The DMC Settlement Agreement is APPROVED; and
3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, effectuation or implementation of this Order and/or the DMC Settlement Agreement.

SO ORDERED.

BY THE COURT:

_____
Ashely M. Chan, U.S.B.J.

CC:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pa 19103

DM3\5668204.1