19-0637

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kenneth Eric Brumberger<br><br>Debtor(s) | Chapter 7 Proceeding<br><br>Case No.  16-18943 AMC |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A., as Successor by Merger to Wachovia Bank, N.A. in the above captioned matter.

                  POWERS KIRN, LLC

                  By:  **/s/ Jill Manuel-Coughlin, Esquire**
                  Attorney ID# 63252
                  Eight Neshaminy Interplex, Suite 215
                  Trevose, PA 19053
                  Telephone: 215-942-2090