# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KENNETH ERIC BRUMBERGER,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 16-18943(AMC) |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate Of Kenneth Eric Brumberger,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                      Defendant. | Adv. No. 18-00300 (AMC) |

## WITHDRAWAL OF APPEARANCE

TO:    Clerk, United States Bankruptcy Court
          for the Eastern District of Pennsylvania

Prince Altee Thomas, Esquire, and Fox Rothschild LLP hereby withdraw their appearance as counsel for Wells Fargo Bank, N.A. in the above-captioned proceedings. The undersigned request that they be removed from the Court's electronic notification system and from the Court's master mailing list, in the above-captioned proceeding.

*Signature on following page.*

Active\101372639.v1-8/20/19

                Respectfully submitted,

                */s/ Prince Altee Thomas*
                Prince Altee Thomas
                Fox Rothschild, LLP
                2000 Market Street, Twentieth Floor
                Philadelphia, PA 19103-3222
                Tel.: (215) 299-2000/Fax: (215) 299-2150

                Counsel for Wells Fargo Bank, N.A.

Dated: August 20, 2019