United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Eric Brumberger  
    Debtor

Case No. 16-18943-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Linda   Page 1 of 1   Date Rcvd: Sep 17, 2019  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db          +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

        ALFRED T GIULIANO    atgiuliano@giulianomiller.com,    NJ90@ecfcbis.com;ddileo@giulianomiller.com  
        AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,  
      chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com  
        BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
      bgolub@weirpartners.com,    imarciniszyn@weirpartners.com  
        HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger  
      harry.giacometti@flastergreenberg.com,  
      harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flastergreenberg.com  
        HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger  
      harry.giacometti@flastergreenberg.com,  
      harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;cynthia.zieminski@flastergreenberg.com  
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,  
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. ET SEQ. jill@pkallc.com,  
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com  
        LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,  
      lfeldman@ecf.axosfs.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        MICHAEL J. BURNS    on behalf of Plaintiff Joyce Wojtowicz mjburnslaw@verizon.net  
        MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC Flexible Plan 501 mjburnslaw@verizon.net  
        SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC Flexible Plan 501 sgold@discrimlaw.net,    ddrages@discrimlaw.net;ashields@discrimlaw.net  
        SIDNEY L. GOLD    on behalf of Plaintiff Joyce Wojtowicz sgold@discrimlaw.net,  
      ddrages@discrimlaw.net;ashields@discrimlaw.net  
        STEVEN J. ADAMS    on behalf of Defendant    Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors sja@stevenslee.com,    dda@stevenslee.com  
        THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,    kseligman@bk-legal.com  
        THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,  
      kseligman@bk-legal.com  
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                              TOTAL: 20

POWERS KIRN, LLC
By:  Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant/ 19-0637

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kenneth Eric Brumberger<br>                                          Debtor | Chapter 7 Proceeding |
| Wells Fargo Bank, N.A., as Successor by Merger to Wachovia Bank, N.A.<br>                                          Movant | 16-18943 AMC |
| v. | |
| Kenneth Eric Brumberger<br>and Lynn E. Feldman, Esquire<br>                                          Respondents | |

## CONDITIONAL RELIEF ORDER WITH REGARD TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On 7/26/2019, Wells Fargo Bank, N.A., as Successor by Merger to Wachovia Bank, N.A. ("Movant") filed a Motion for Relief from the Automatic Stay ("Motion for Relief"), Docket #121. A Response was filed by the Debtor 8/8/2019 at Docket# 123. The Parties have agreed to conditional relief from the Automatic Stay to allow Debtor cure the payment issues, in the form of an Affidavit of Default procedure, Therefore,

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Automatic Stay as provided by Section 362(d)(4) of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Debtor is current due for the 11/20/2018 through 8/20/2019 contractual mortgage payments totaling **$18,131.53**.

3. Commencing with the 9/20/2019 payment, the Debtor shall resume and shall continue to make all regular monthly post-petition payments when they are due in accordance with the terms of the Note & Mortgage.

4. Debtor has requested a three-month repay period to bring the mortgage account current. Beginning 10/31/2019 and continuing monthly through 12/31/2019; in addition to the regular monthly payment; Debtor shall pay to Movant the additional sum of **$6,043.85** per month (parties agree that the remaining $.02 from the final stip payment will be placed in debtor suspense to credit the overage). These "additional payments" shall be due on the last day of each month and additional payments shall be applied towards the arrears shown in paragraph 2 above.

5. All post-petition payments from Debtor(s) to Movant shall be sent to Wells Fargo Home Equity, PO Box 14529, Des Moines, IA 50306-3529.

6. Should Debtor fail to make any payments as required in the preceding paragraphs, the Automatic Stay provided by 11 U.S.C. §362(d)(4) shall be terminated in favor of Movant with respect to the Debtor's property located at 1136 E. Tower Lane, Narberth, PA 19072.

7. For the duration of this bankruptcy case, in the event that debtor fails to make any subsequent payments to Movant, then the Stay of this Order shall be Vacated granting Movant Relief from the Automatic Stay and waiving FED. R. Bankr. P. 3002.1 and Rule 4001 (a)(3) so that the Relief is immediately effective and enforceable upon the filing of an Affidavit of Default by the Movant, without further hearing or without entry of an additional Order. Such Affidavit of Default shall contain a statement of the default as supported by the records of the Movant.

**Date: September 16, 2019**

_____
United States Bankruptcy Judge
Ashely M. Chan