# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| KENNETH ERIC BRUMBERGER | : | Case No. 16-18943 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adversary No. 18-00301 (AMC) |
| WELLS FARGO CLEARING SERVICES, LLC, d/b/a WELLS FARGO ADVISORS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

      Lynn E. Feldman, the chapter 7 trustee for the bankruptcy estate of Kenneth Eric Brumberger, filed the *Motion of Lynn E. Feldman, Chapter 7 Trustee for Order to Approve Settlement Agreement Between the Chapter 7 Trustee and Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion").

**Your rights may be affected.**
**You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case.**
**(If you do not have an attorney, you may wish to consult with an attorney.)**

    1.    If you do not want the Court to grant the relief sough in the Motion, or if you want the Court to consider your views on the Motion, the on or before **October 28, 2019,** you or your attorney must do all of the following:

        a)    File an answer explaining your position at:

UNITED STATES BANKRUPTCY COURT
CLERK'S OFFICE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA 19107

b)     Mail a copy to the movant's attorney:

Thomas D. Bielli, Esquire
**BIELLI & KLAUDER, LLC**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 215-642-8271
Fax: 215-754-4177
tbielli@bk-legal.com

2.     <u>If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.</u>

3.     A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **November 4, 2019, at 11:00 a.m. (Eastern Time)** in Courtroom No. 4, United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**BIELLI & KLAUDER, LLC**

Dated: October 11, 2019

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 202100)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 215-642-8271
Fax: 215-754-4177
tbielli@bk-legal.com

*Special Counsel to the Chapter 7 Trustee*