IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| KENNETH ERIC BRUMBERGER | : | Case No. 16-18943 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adversary No. 18-00301 (AMC) |
| WELLS FARGO CLEARING SERVICES, LLC, d/b/a WELLS FARGO ADVISORS, | : | |
| | : | |
| Defendant. | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND WELLS FARGO CLEARING SERVICES, LLC d/b/a WELLS FARGO ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[1] of Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement certain claims (the "claims") for avoidance and recovery of allegedly preferential transfers as set forth in the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is Granted as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have meaning ascribed to them in the Motion.

2. The Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Trustee's Claims against Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors is hereby approved in full and final settlement of such claims.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated:  **November 4, 2019**

Honorable Ashely M. Chan
United States Bankruptcy Judge