United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-18943-amc
Kenneth Eric Brumberger                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 04, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db             +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com,    NJ90@ecfcbis.com;ddileo@giulianomiller.com
              AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
              HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
               ergreenberg.com
              HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
               harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
               ergreenberg.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. ET SEQ. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.axosfs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
              MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 mjburnslaw@verizon.net
              SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 sgold@discrimlaw.net,    ddrages@discrimlaw.net;ashields@discrimlaw.net
              SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
               ddrages@discrimlaw.net;ashields@discrimlaw.net
              STEVEN J. ADAMS    on behalf of Defendant    Wells Fargo Clearing Services, LLC d/b/a Wells Fargo
               Advisors sja@stevenslee.com,    dda@stevenslee.com
              THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the
               Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,    kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH ERIC BRUMBERGER | Case No. 16-18943 (AMC) |
| Debtors. | |
| LYNN E. FELDMAN, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Kenneth Eric Brumberger, | |
| Plaintiff, | |
| v. | Adversary No. 18-00301 (AMC) |
| WELLS FARGO CLEARING SERVICES, LLC, d/b/a WELLS FARGO ADVISORS, | |
| Defendant. | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND WELLS FARGO CLEARING SERVICES, LLC d/b/a WELLS FARGO ADVISORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

The Court having considered the motion (the "Motion")[1] of Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement certain claims (the "claims") for avoidance and recovery of allegedly preferential transfers as set forth in the Settlement Agreement attached as **Exhibit A** to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is Granted as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have meaning ascribed to them in the Motion.

2. The Settlement Agreement attached to the Motion as **Exhibit A** with respect to the Trustee's Claims against Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors is hereby approved in full and final settlement of such claims.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: **November 4, 2019**

Honorable Ashely M. Chan
United States Bankruptcy Judge