IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TO:  THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtor (the "Trustee" or "Movant"), has filed a *Trustee's Motion to Approve and Authorize Payment of a Certain Tax Claim As An Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(1)(A)* (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then **on or before March 26, 2020 at 4:00 p.m.** you or your attorney must do all of the following:

   (a)  File an answer explaining your position at

   Clerk of Court
   United States Bankruptcy Court for the Eastern District of PA
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

DM3\6639261.1

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

**(b)** **Mail a copy of your answer to the Movant's attorney:**

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1514 (telephone)
215-979-1020 (telecopier)

2. If you or your attorney do not take the steps described in paragraphs (i)(a) and (i)(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **April 8, 2020 at 11:00 a.m.** in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph (i)(b).

Date: March 2, 2020                                      DUANE MORRIS LLP

By:   /s/ *Lawrence J. Kotler*
Lawrence J. Kotler, Esquire
PA Attorney Identification No. 56029
30 South 17th Street
Philadelphia, PA 19103
215.979.1000

*Attorneys for Lynn E. Feldman, Chapter 7 Trustee of Kenneth Eric Brumberger*

DM3\6639261.1