IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE AND AUTHORIZE PAYMENT OF A CERTAIN TAX CLAIM AS AN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 105(a) and 503(b)(1)(A)**

Upon consideration of the Motion to Approve and Authorize Payment of A Certain Tax Claim As An Administrative Expense Claim Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(1)(A) (the "Motion"); and upon consideration of any and all responses filed to the Motion; and after notice and a hearing to consider the Motion and any and all responses thereto; and it appearing that the Motion was properly and timely served; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate, and good cause appearing for the relief requested in the Motion, it is hereby

1. **ORDERED** that the Motion is GRANTED; and it is further

2. **ORDERED** that the Trustee is authorized to pay the sum of **$391.00** to the Commonwealth of Pennsylvania, Department of Revenue, for the tax year ending on December 31, 2019, as an allowed administrative expense of the Debtor's estate; and it is further

3. **ORDERED** that the forgoing authorization is without prejudice to the Trustee's proposed submission of the tax returns to the Internal Revenue Service and the Commonwealth of Pennsylvania pursuant to 11 U.S.C. § 505(b) for a prompt determination of the estate's tax liability or the right of any of these taxing agency to respond pursuant to 11 U.S.C. § 505(b).

Dated: April 9, 2020, 2020
Philadelphia, Pennsylvania

_____
Ashely M. Chan,
United States Bankruptcy Judge

DM3\6639261.1