United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18943-amc
Kenneth Eric Brumberger                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Apr 10, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
db         +Kenneth Eric Brumberger,   1136 Tower Lane East,   Narberth, PA 19072-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
        ALFRED T GIULIANO    atgiuliano@giulianomiller.com,    NJ90@ecfcbis.com;ddileo@giulianomiller.com
        AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
        BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
      bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
        HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
      harry.giacometti@flastergreenberg.com,
      harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
        HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
      harry.giacometti@flastergreenberg.com,
      harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. ET SEQ.
      bankruptcy@powerskirn.com
        LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
        LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
      lfeldman@ecf.axosfs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
        MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
      Flexible Plan 501 mjburnslaw@verizon.net
        SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
      Flexible Plan 501 sgold@discrimlaw.net,    ddrages@discrimlaw.net;ashields@discrimlaw.net
        SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
      ddrages@discrimlaw.net;ashields@discrimlaw.net
        STEVEN J. ADAMS    on behalf of Defendant    Wells Fargo Clearing Services, LLC d/b/a Wells Fargo
      Advisors sja@stevenslee.com,    dda@stevenslee.com
        THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the
      Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,    kseligman@bk-legal.com
        THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,
      kseligman@bk-legal.com
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE AND AUTHORIZE PAYMENT OF A CERTAIN TAX CLAIM AS AN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 105(a) and 503(b)(1)(A)**

Upon consideration of the Motion to Approve and Authorize Payment of A Certain Tax Claim As An Administrative Expense Claim Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(1)(A) (the "Motion"); and upon consideration of any and all responses filed to the Motion; and after notice and a hearing to consider the Motion and any and all responses thereto; and it appearing that the Motion was properly and timely served; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate, and good cause appearing for the relief requested in the Motion, it is hereby

1. **ORDERED** that the Motion is GRANTED; and it is further

2. **ORDERED** that the Trustee is authorized to pay the sum of **$391.00** to the Commonwealth of Pennsylvania, Department of Revenue, for the tax year ending on December 31, 2019, as an allowed administrative expense of the Debtor's estate; and it is further

3. **ORDERED** that the forgoing authorization is without prejudice to the Trustee's proposed submission of the tax returns to the Internal Revenue Service and the Commonwealth of Pennsylvania pursuant to 11 U.S.C. § 505(b) for a prompt determination of the estate's tax liability or the right of any of these taxing agency to respond pursuant to 11 U.S.C. § 505(b).

Dated: __April 9, 2020_____, 2020
Philadelphia, Pennsylvania

_____
Ashely M. Chan,
United States Bankruptcy Judge

DM3\6639261.1