IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

## ORDER

AND NOW, this __24th__ day of __August__, 2020, upon consideration of the First and Final Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First and Final Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

1. The First and Final Application is APPROVED;

2. Giuliano, Miller & Company, LLC is allowed compensation in the amount of $35,749.50 for services rendered and $377.47 for reimbursement of expenses for a total amount of $36,126.97 due and payable as a Chapter 7 Administrative Claim for the period from March 3, 2017 through March 3, 2020.

3. Notwithstanding the prior approval of its fees and expenses, Giuliano, Miller & Company, LLC shall be paid the sum of Twenty Six Thousand Five Hundred Dollars ($26,500.00) from this Estate once this Order becomes a final non-appealable Order.

4. In the event the Trustee receives additional funds in the Estate or there are leftover funds following the Trustee's distribution to creditors, the Trustee can pay Giuliano, Miller & Company, LLC the difference between the Twenty Six Thousand Five Hundred Dollars

DM3\6958317.1

($26,500.00) paid pursuant to this Order and the Court approved interim compensation and expenses provided for herein.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE