IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
DUANE MORRIS LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
FOR THE PERIOD FROM FEBRUARY 8, 2017 THROUGH JUNE 30, 2020**

Upon consideration of the *First Interim Fee Application of Duane Morris LLP as Counsel for the Chapter 7 Trustee for Allowance of Compensation for Services Rendered for the Period from February 8, 2017 through June 30, 2020* (the "Application"), and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificates of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

1.   ORDERED that the Application be, and hereby is, GRANTED; and it is further

2.   ORDERED that Duane Morris shall be awarded interim compensation in the amount of $29,604.40 for professional services rendered to and on behalf of the Trustee during the Interim Compensation Period; and it is further

3.   ORDERED that Duane Morris shall be entitled to receive reimbursement of expenses incurred during the Interim Compensation Period in the amount of $2,532.63; and it is further

4.   ORDERED that notwithstanding the prior approval of the preceding fees and expenses, Duane Morris shall be paid the sum of Twenty Six Thousand Five Hundred Dollars

($26,500.00) from this Estate once this Order becomes a final, non-appealable Order and upon payment, in full, of this Twenty Six Thousand Five Hundred Dollars ($26,500.00), Duane Morris shall forego payment of any additional fees and costs awarded herein.

Dated: _____, 2020

                                              _____
Honorable Ashely M. Chan,
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **KENNETH ERIC BRUMBERGER,** | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I, Lawrence J. Kotler, Esquire, an attorney with the law firm of Duane Morris LLP, hereby certify that I am not less than 18 years of age, and that on the date set forth below, true and correct copies of the following documents were filed electronically with this Court:

1. First Interim Fee Application of Duane Morris LLP as Counsel for Chapter 7 Trustee for Allowance of Compensation for Services Rendered for the Period from February 8, 2017 through June 30, 2020 (the "Application");

2. Proposed Order;

3. Notice of Application; and

4. the within Certificate of Service.

    Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, the persons identified on the attached service list were served via first class mail, postage prepaid.

    Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: July 28, 2020                                         */s/ Lawrence J. Kotler*
                                                                              Lawrence J. Kotler, Esquire

## SERVICE LIST

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dr. Kenneth Eric Brumberger
1136 Tower Lane East
Narberth, PA 19072

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104-4603

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Bonnie Golub, Esquire
Weir & Partners LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

Harry J. Giacometti, Esquire
Flaster Greenberg
1835 Market Street
Suite 1050
Philadelphia, PA 19103

Matthew Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103

Holly Smith, Esquire
Gellert, Scali, Busenkell & Brown, LLC
601 Walnut Street, Suite 750W
Philadelphia, PA 19106

DM3\7015750.1

Michael Kaliner, Esquire
Adelstein & Kaliner, LLC
350 South Main Street, Suite 150
Doylestown, PA  18901

Lawrence Holmes, Esquire
Dilworth Paxson LLP
1500 Market Street 3500E
Philadelphia, PA  19102

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA  18966

Brandon S. Pfister
U.S. Department of Labor
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA  19106-3317

Kamaljit Bains
U.S. Department of Labor
The Curtis Center
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA  19106-3317

DM3\7015750.1