IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **BRUMBERGER, KENNETH ERIC** | : | **BANKRUPTCY NO. 16-18943 (AMC)** |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the First Interim Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First Interim Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

1. The First Interim Application is **APPROVED;**

2. Giuliano, Miller & Company, LLC is allowed compensation in the amount of $26,500.00 for services rendered due and payable as a Chapter 7 Administrative Claim for the period from March 3, 2017 through March 3, 2020.

3. The Trustee is authorized and directed to pay the Applicant the First Interim compensation allowed herein to the extent not previously paid.

4. The Order granting compensation entered by this Court on August 24, 2020 (Doc. #155) is Vacated.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

**Date: August 26, 2020**

DM3\7006092.1