IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | |
| | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
DUANE MORRIS LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
FOR THE PERIOD FROM FEBRUARY 8, 2017 THROUGH JUNE 30, 2020**

Upon consideration of the *First Interim Fee Application of Duane Morris LLP as Counsel for the Chapter 7 Trustee for Allowance of Compensation for Services Rendered for the Period from February 8, 2017 through June 30, 2020* (the "Application"), and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificates of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

1. ORDERED that the Application be, and hereby is, GRANTED; and it is further

2. ORDERED that Duane Morris shall be awarded interim compensation in the amount of $29,604.40 for professional services rendered to and on behalf of the Trustee during the Interim Compensation Period; and it is further

3. ORDERED that Duane Morris shall be entitled to receive reimbursement of expenses incurred during the Interim Compensation Period in the amount of $2,532.63; and it is further

4. ORDERED that notwithstanding the prior approval of the preceding fees and expenses, Duane Morris shall be paid the sum of Twenty Six Thousand Five Hundred Dollars

DM3\7015750.1

($26,500.00) from this Estate once this Order becomes a final, non-appealable Order and upon payment, in full, of this Twenty Six Thousand Five Hundred Dollars ($26,500.00), Duane Morris shall forego payment of any additional fees and costs awarded herein.

Dated: _____, 2020

                                                                                                                   _____
                                                                                                                    Honorable Ashely M. Chan,
                                                                                                                    United States Bankruptcy Judge