United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Eric Brumberger  
    Debtor

Case No. 16-18943-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 2      Date Rcvd: Aug 24, 2020  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
```
db            +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132
acc          #+Giuliano, Miller & Comapny, LLC,    140 Bradford Drive,    West Berlin, NJ 08091-9216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
```
          ALFRED T GIULIANO    atgiuliano@giulianomiller.com,    NJ90@ecfcbis.com;ddileo@giulianomiller.com
          AMANDA L. RAUER     on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
           aynor-paul@pkallc.com;harry.reese@pkallc.com
          BONNIE R. GOLUB     on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
          HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          JILL   MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          JILL   MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. ET SEQ.
           bankruptcy@powerskirn.com
          LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    on behalf of Accountant    Giuliano, Miller & Comapny, LLC
           trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          MATTEO SAMUEL WEINER     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
          MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 mjburnslaw@verizon.net
          SIDNEY L. GOLD    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 sgold@discrimlaw.net,    ddrages@discrimlaw.net;ashields@discrimlaw.net
          SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
           ddrages@discrimlaw.net;ashields@discrimlaw.net
          STEVEN J. ADAMS    on behalf of Defendant    Wells Fargo Clearing Services, LLC d/b/a Wells Fargo
           Advisors sja@stevenslee.com,    dda@stevenslee.com
          THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the
           Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,    ldees@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,
           ldees@bk-legal.com
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 24, 2020
                              Form ID: pdf900          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                         TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KENNETH ERIC BRUMBERGER, | ) | Case No. 16-18943-amc |
| | ) | |
| Debtor. | ) | |

## ORDER

AND NOW, this \_\_24th\_\_ day of \_\_August_____, 2020, upon consideration of the First and Final Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First and Final Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

1. The First and Final Application is APPROVED;

2. Giuliano, Miller & Company, LLC is allowed compensation in the amount of $35,749.50 for services rendered and $377.47 for reimbursement of expenses for a total amount of $36,126.97 due and payable as a Chapter 7 Administrative Claim for the period from March 3, 2017 through March 3, 2020.

3. Notwithstanding the prior approval of its fees and expenses, Giuliano, Miller & Company, LLC shall be paid the sum of Twenty Six Thousand Five Hundred Dollars ($26,500.00) from this Estate once this Order becomes a final non-appealable Order.

4. In the event the Trustee receives additional funds in the Estate or there are leftover funds following the Trustee's distribution to creditors, the Trustee can pay Giuliano, Miller & Company, LLC the difference between the Twenty Six Thousand Five Hundred Dollars

DM3\6958317.1

($26,500.00) paid pursuant to this Order and the Court approved interim compensation and expenses provided for herein.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DM3\6958317.1

2