United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18943-amc
Kenneth Eric Brumberger                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Aug 27, 2020
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db              +Kenneth Eric Brumberger,    1136 Tower Lane East,    Narberth, PA 19072-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
          ALFRED T GIULIANO   atgiuliano@giulianomiller.com,  NJ90@ecfcbis.com;ddileo@giulianomiller.com
          AMANDA L. RAUER    on behalf of Creditor   WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
           aynor-paul@pkallc.com;harry.reese@pkallc.com
          BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
          HARRY J. GIACOMETTI    on behalf of Debtor Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          HARRY J. GIACOMETTI    on behalf of Defendant Kenneth Eric Brumberger
           harry.giacometti@flastergreenberg.com,
           harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flast
           ergreenberg.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. ET SEQ.
           bankruptcy@powerskirn.com
          LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    on behalf of Accountant   Giuliano, Miller & Comapny, LLC
           trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
          MICHAEL J. BURNS    on behalf of Plaintiff   Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 mjburnslaw@verizon.net
          SIDNEY L. GOLD    on behalf of Plaintiff   Plan Participants in the Tri-State Imaging PR, LLC
           Flexible Plan 501 sgold@discrimlaw.net,  ddrages@discrimlaw.net;ashields@discrimlaw.net
          SIDNEY L. GOLD    on behalf of Plaintiff Joyce  Wojtowicz sgold@discrimlaw.net,
           ddrages@discrimlaw.net;ashields@discrimlaw.net
          STEVEN J. ADAMS    on behalf of Defendant   Wells Fargo Clearing Services, LLC d/b/a Wells Fargo
           Advisors sja@stevenslee.com,  dda@stevenslee.com
          THOMAS DANIEL BIELLI    on behalf of Plaintiff Lynn E. Feldman, as Chapter 7 Trustee for the
           Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com,  ldees@bk-legal.com
          THOMAS DANIEL BIELLI    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com,
           ldees@bk-legal.com
          THOMAS I. PULEO    on behalf of Creditor   Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 21

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **KENNETH ERIC BRUMBERGER,** | ) | |
| | ) | **Case No. 16-18943-amc** |
| | ) | |
| **Debtor.** | ) | |

---

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
DUANE MORRIS LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
FOR THE PERIOD FROM FEBRUARY 8, 2017 THROUGH JUNE 30, 2020**

Upon consideration of the *First Interim Fee Application of Duane Morris LLP as Counsel for the Chapter 7 Trustee for Allowance of Compensation for Services Rendered for the Period from February 8, 2017 through June 30, 2020* (the "Application"), and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificates of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

1.      ORDERED that the Application be, and hereby is, GRANTED; and it is further

2.      ORDERED that Duane Morris shall be awarded interim compensation in the amount of $29,604.40 for professional services rendered to and on behalf of the Trustee during the Interim Compensation Period; and it is further

3.      ORDERED that Duane Morris shall be entitled to receive reimbursement of expenses incurred during the Interim Compensation Period in the amount of $2,532.63; and it is further

4.      ORDERED that notwithstanding the prior approval of the preceding fees and expenses, Duane Morris shall be paid the sum of Twenty Six Thousand Five Hundred Dollars

DM3\7015750.1

($26,500.00) from this Estate once this Order becomes a final, non-appealable Order and upon

payment, in full, of this Twenty Six Thousand Five Hundred Dollars ($26,500.00), Duane Morris

shall forego payment of any additional fees and costs awarded herein.


Dated: _____, 2020

 **Date: August 27, 2020**

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge

2