# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Kenneth Eric Brumberger<br><br>    Debtors. | Chapter 7<br><br>Case No. 16-18943 (AMC)<br><br>**Re: Docket No. 165** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that as of the date hereof he has received no answer, objection or other responsive pleading to *Contingent Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from October 16, 2018 Through September 1, 2020* (the "Application") [Docket No. 165], filed on September 22, 2020. The undersigned further certifies that a review of the Court's docket in this case reflects no answer, objection, or other responsive pleading to the Application. Pursuant to the Notice of Application, that was filed and served with the Application, objections were to be filed and served no later than October 6, 2020.

Date: October 8, 2020

    **BIELLI & KLAUDER, LLC**

    */s/ Thomas D. Bielli*
    Thomas D. Bielli (No. 202100)
    1905 Spruce Street
    Philadelphia, PA 19103
    Phone: (215) 642-8271
    Fax: (215) 754-4177
    Email: tbielli@bk-legal.com

    *Special Counsel to Lynn E. Feldman, Chapter 7*
    *Trustee for the Estate of Kenneth Eric Brumberger*