## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 )  |
| KENNETH ERIC BRUMBERGER | ) Case No. 16-18943 (AMC) ) ) ) |
| Debtor. | ) |

### ORDER GRANTING CONTINGENT FEE APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM OCTOBER 16, 2018 THROUGH SEPTEMBER 1, 2020

1. Upon consideration of the *Contingent Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from October 16, 2018 through September 1, 2020* (the "Application"), and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificates of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby;

2. ORDERED that the Application be, and hereby is, GRANTED; and it is further

3. ORDERED that Bielli & Klauder, LLC shall be awarded interim contingent fee in the amount of $2,355.38 for services rendered to and on behalf of the Trustee; and it is further

4. ORDERED that Bielli & Klauder, LLC shall be entitled to receive reimbursement of expenses incurred in the amount of $112.05.

Dated: __October 13__, 2020

Honorable Ashely M. Chan
United States Bankruptcy Judge