United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18943-amc |
| Kenneth Eric Brumberger | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID       Recipient Name and Address**
db          +  Kenneth Eric Brumberger, 1136 Tower Lane East, Narberth, PA 19072-1132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

**Name**              **Email Address**

ALFRED T GIULIANO
                      atgiuliano@giulianomiller.com  NJ90@ecfcbis.com;ddileo@giulianomiller.com

AMANDA L. RAUER
                      on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com,
                      chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

BONNIE R. GOLUB
                      on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com

HARRY J. GIACOMETTI
                      on behalf of Debtor Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com
                      harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI
                      on behalf of Defendant Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 2 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 1 |

harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

JILL MANUEL-COUGHLIN

on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN

on behalf of Creditor WELLS FARGO BANK  N.A. ET SEQ. bankruptcy@powerskirn.com

LAWRENCE J. KOTLER

on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com

LYNN E. FELDMAN

trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

LYNN E. FELDMAN

on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

LYNN E. FELDMAN

on behalf of Accountant Giuliano  Miller & Comapny, LLC trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com

MATTEO SAMUEL WEINER

on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MICHAEL J. BURNS

on behalf of Plaintiff Joyce Wojtowicz mjburnslaw@verizon.net

MICHAEL J. BURNS

on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 mjburnslaw@verizon.net

SIDNEY L. GOLD

on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 sgold@discrimlaw.net, ddrages@discrimlaw.net;ashields@discrimlaw.net

SIDNEY L. GOLD

on behalf of Plaintiff Joyce Wojtowicz sgold@discrimlaw.net  ddrages@discrimlaw.net;ashields@discrimlaw.net

STEVEN J. ADAMS

on behalf of Defendant Wells Fargo Clearing Services  LLC d/b/a Wells Fargo Advisors sja@stevenslee.com, dda@stevenslee.com

THOMAS DANIEL BIELLI

on behalf of Plaintiff Lynn E. Feldman  as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com, ldees@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com  ldees@bk-legal.com

THOMAS I. PULEO

on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KENNETH ERIC BRUMBERGER<br><br>Debtor. | ) Chapter 7<br>)<br>) Case No. 16-18943 (AMC)<br>)<br>)<br>)<br>) |

**ORDER GRANTING CONTINGENT FEE APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE <u>PERIOD FROM OCTOBER 16, 2018 THROUGH SEPTEMBER 1, 2020</u>**

      1.      Upon consideration of the *Contingent Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from October 16, 2018 through September 1, 2020* (the "Application"), and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificates of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby;

      2.      ORDERED that the Application be, and hereby is, GRANTED; and it is further

      3.      ORDERED that Bielli & Klauder, LLC shall be awarded interim contingent fee in the amount of $2,355.38 for services rendered to and on behalf of the Trustee; and it is further

      4.      ORDERED that Bielli & Klauder, LLC shall be entitled to receive reimbursement of expenses incurred in the amount of $112.05.

Dated: **October 13**, 2020

Honorable Ashely M. Chan
United States Bankruptcy Judge