United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18943-amc |
| Kenneth Eric Brumberger | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Eric Brumberger, 1136 Tower Lane East, Narberth, PA 19072-1132 |
| sp | + | THOMAS D BIELLI, Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13918917 | + | 1136 Tower Lane East, Penn Valley, Pennsylvania 19072-1132 |
| 13844583 | + | American Express, PO Box 183084, Columbus, OH 43218-3084 |
| 13855541 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13844584 | + | Bryn Mawr Trust, 620 W. Germantown Pike, Suite 350, Plymouth Meeting, PA 19462-2219 |
| 13844585 | | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 13844586 | + | Cleveland Court, Civil Clerk, 1st Floor Justice Center, 1200 Ontario Street, Cleveland, OH 44113-1645 |
| 13844587 | + | Disability Management Consultants, LLC, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13922216 | + | Elite Imaging Corp., c/o Bonnie R. Golub, Esquire, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3501 |
| 13844588 | + | Jay S. Rosenblum, 101 Maple Avenue, Bala Cynwyd, PA 19004-3016 |
| 13844589 | + | Joyce Wojtowicz, 1015 Lansing Street, Philadelphia, PA 19111-3216 |
| 13844590 | + | Kimberly Kubek, 3475 West Chester Pike, Suite 240, Newtown Square, PA 19073-4291 |
| 14236431 | + | Lynn E. Feldman, Chapter 7 Trustee, c/o Thomas D. Bielli, Esq., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13844592 | ++ | MAXUS CAPITAL GROUP LLC, 959 W ST CLAIR AVE, STE 200, CLEVELAND OH 44113-1298 address filed with court:, Maxus Capital Group, LLC, 31300 Bainbridge Road, Solon, OH 44139 |
| 13921039 | + | Maxus Capital Group, LLC, c/o Kirk W. Roessler, Esq., 1301 East Ninth Street, Suite 3500, Cleveland, OH 44114-1838 |
| 13844594 | + | Michael Clair, 410 S. Front Street, #306, Philadelphia, PA 19147-1709 |
| 13844598 | + | PNC Equipment Finance, LLC, 995 Dalton Avenue, Cincinnati, OH 45203-1100 |
| 13844595 | + | Pacific Western Bank, 9701 Wilshire Blvd., Suite 700, Beverly Hills, CA 90212-2007 |
| 13844596 | | Philip J. Moldofsky, 3239 Fawn Road, Worcester, PA 19490 |
| 13844597 | | Phillip J. Moldofsky, 3239 Fawn Road, Worcester, PA 19490 |
| 13844599 | + | Richard Miller, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844600 | + | Siemens Financial Services, Inc., 170 Wood Avenue South, Iselin, NJ 08830-2726 |
| 13921900 | + | Siemens Financial Services, Inc., c/o Phillips Lytle LLP, Attn: Todd A. Ritschdorff, Omni Plaza, 30 South Pearl Street, Albany, NY 12207-1537 |
| 13844601 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 13844609 | + | TSI, LP, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844602 | + | Tri-State Imaging Consultants, LLC, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844603 | + | Tri-State Imaging DE Holdings, LLC, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844605 | + | Tri-State Imaging PA Holdings, LLC, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844607 | + | Tri-State Imaging PR, LLC, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844608 | + | Tri-State Imaging PR, LLC Employee Plan, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844606 | + | Tri-State Imaging Partners, LP, 1532 McDaniel Drive, West Chester, PA 19380-7034 |
| 13844591 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Lexus Financial Services, PO Box 790069, Saint Louis, MO 63179-0069 |
| 13871042 | + | United States Department of Labor, Employee Benefits Security Administratio, c/o Brandon Pfister, 170 S. Independence Mall West, Suite 870, Philadelphia, PA 19106-3323 |
| 13844610 | + | WCP Breast MRI, LP, 101 Greenwood Avenue, Suite 150, Jenkintown, PA 19046-2614 |
| 13844611 | + | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14360225 | + | Wells Fargo BAnk, N.A. ET Seq., c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14570746 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 50 |

| | | |
|---|---|---|
| 14570747 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13844612 | | Wells Fargo Bank, N.A., PO Box 14529, Des Moines, IA 50306-3529 |
| 14570872 | + | Wells Fargo Bank, NA, c/o Andrew Spivack, Esq, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14570873 | + | Wells Fargo Bank, NA, 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13844613 | | William Hartz, 511 Waldron Drive, Haverford, PA 19041 |
| 13844614 | | William Hartz, 611 Waldron Drive, Haverford, PA 19041 |
| 13846729 | + | Wilmington Savings Fund Society, FSB, c/o Bonnie R. Golub, Esquire, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3501 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 13 2021 03:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2021 03:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2021 03:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2021 03:20:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13869772 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2021 03:21:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13844604 | | Tri-State Imaging NJ Holdings, LLC, 1532 McDaniel Drive, PA 19280 |
| cr | * | American Express Centurion Bank, c/o Becket & Lee LLP, .PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Wilmington Savings Fund Society, FSB, c/o Bonnie R. Golub, Esquire, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3501 |
| acc | ##+ | Giuliano, Miller & Comapny, LLC, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 13844593 | ##+ | Michael A. Carr, 5281 Rogers Circle, Plymouth Meeting, PA 19462-1250 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 14, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com  NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com |
| HARRY J. GIACOMETTI | on behalf of Debtor Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Defendant Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. ET SEQ. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| LAWRENCE J. KOTLER | on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| LYNN E. FELDMAN | on behalf of Accountant Giuliano  Miller & Comapny, LLC trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MICHAEL J. BURNS | on behalf of Plaintiff Joyce Wojtowicz mjburnslaw@verizon.net |
| MICHAEL J. BURNS | on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 mjburnslaw@verizon.net |
| SIDNEY L. GOLD | on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 sgold@discrimlaw.net, ddrages@discrimlaw.net;ashields@discrimlaw.net |
| SIDNEY L. GOLD | on behalf of Plaintiff Joyce Wojtowicz sgold@discrimlaw.net  ddrages@discrimlaw.net;ashields@discrimlaw.net |
| STEVEN J. ADAMS | on behalf of Defendant Wells Fargo Clearing Services  LLC d/b/a Wells Fargo Advisors sja@stevenslee.com, dda@stevenslee.com |
| THOMAS DANIEL BIELLI | on behalf of Plaintiff Lynn E. Feldman  as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com, ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com  ldees@bk-legal.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KENNETH ERIC BRUMBERGER | § | Case No. 2:16-18943-AMC |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 p.m. on February 10, 2021; telephonically by dialing 1-877-873-8017; Access Code 3027681:
United States Courthouse
900 Market Street
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2021                  By: LYNN E. FELDMAN
                                                                              TRUSTEE

*LYNN E. FELDMAN, TRUSTEE
221 N. CEDAR CREST BLVD.
ALLENTOWN, PA 18104*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
KENNETH ERIC BRUMBERGER  §   Case No. 2:16-18943-AMC
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 97,250.00 |
| and approved disbursements of | $ | 1,348.83 |
| leaving a balance on hand of[1] | $ | 95,901.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 8,112.50 | $ 0.00 | $ 8,112.50 |
| Trustee Expenses: LYNN E. FELDMAN | $ 59.40 | $ 0.00 | $ 59.40 |
| Attorney for Trustee Fees: Bielli & Klauder, LLC | $ 2,355.38 | $ 0.00 | $ 2,355.38 |
| Attorney for Trustee Expenses: Bielli & Klauder, LLC | $ 112.05 | $ 0.00 | $ 112.05 |
| Accountant for Trustee Fees: Giuliano, Miller & Company, LLC | $ 26,500.00 | $ 0.00 | $ 26,500.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 1,050.00 | $ 0.00 | $ 1,050.00 |
| Other: DUANE MORRIS LLP | $ 23,967.37 | $ 0.00 | $ 23,967.37 |
| Other: DUANE MORRIS LLP | $ 2,532.63 | $ 0.00 | $ 2,532.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 64,689.33 |
| Remaining Balance | $ | 31,211.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,493,744.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | AMERICAN EXPRESS CENTURION BANK | $ 10,789.90 | $ 0.00 | $ 39.65 |
| 3 | Wilmington Savings Fund Society, Fsb | $ 1,810,728.00 | $ 0.00 | $ 6,653.86 |
| 4 | JOYCE WOJTOWICZ | $ 505,890.45 | $ 0.00 | $ 1,858.99 |
| 5 | PACIFIC WESTERN BANK | $ 2,183,967.00 | $ 0.00 | $ 8,025.39 |
| 6 | The Estate of TSI, LP | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | MAXUS CAPITAL GROUP, LLC | $ 438,674.32 | $ 0.00 | $ 1,611.99 |
| 8 | SIEMENS FINANCIAL SERVICES, INC. | $ 374,422.99 | $ 0.00 | $ 1,375.89 |
| 9 | ELITE IMAGING CORP. | $ 3,169,272.00 | $ 0.00 | $ 11,646.07 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 31,211.84 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: LYNN E. FELDMAN
                            TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.