IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUMBERGER, KENNETH ERIC | CHAPTER 7 |
| Debtor(s) | **Case No.** 16-18943-AMC |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this ____ day of _____ 2020, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: February 10, 2021**