United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-18943-amc

Kenneth Eric Brumberger     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Feb 10, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth Eric Brumberger, 1136 Tower Lane East, Narberth, PA 19072-1132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com  NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com |
| HARRY J. GIACOMETTI | on behalf of Debtor Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.va |

Case 16-18943-amc    Doc 180    Filed 02/12/21    Entered 02/13/21 00:53:23    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | lentino@flastergreenberg.com |
| HARRY J. GIACOMETTI | on behalf of Defendant Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.va lentino@flastergreenberg.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. ET SEQ. bankruptcy@powerskirn.com |
| LAWRENCE J. KOTLER | on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| LYNN E. FELDMAN | on behalf of Accountant Giuliano  Miller & Comapny, LLC trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MICHAEL J. BURNS | on behalf of Plaintiff Joyce Wojtowicz mjburnslaw@verizon.net |
| MICHAEL J. BURNS | on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 mjburnslaw@verizon.net |
| SIDNEY L. GOLD | on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 sgold@discrimlaw.net, ddrages@discrimlaw.net;ashields@discrimlaw.net |
| SIDNEY L. GOLD | on behalf of Plaintiff Joyce Wojtowicz sgold@discrimlaw.net  ddrages@discrimlaw.net;ashields@discrimlaw.net |
| STEVEN J. ADAMS | on behalf of Defendant Wells Fargo Clearing Services  LLC d/b/a Wells Fargo Advisors sja@stevenslee.com, dda@stevenslee.com |
| THOMAS DANIEL BIELLI | on behalf of Plaintiff Lynn E. Feldman  as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger tbielli@bk-legal.com, ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com  ldees@bk-legal.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUMBERGER, KENNETH ERIC | CHAPTER 7 |
| Debtor(s) | Case No. 16-18943-AMC |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this ___ day of _____ 2020, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*[signature]*

**Date: February 10, 2021**

The Honorable Ashely M. Chan
United States Bankruptcy Judge