United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18943-amc |
| Kenneth Eric Brumberger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth Eric Brumberger, 1136 Tower Lane East, Narberth, PA 19072-1132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com  NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com |
| HARRY J. GIACOMETTI | on behalf of Debtor Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.va |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

                    lentino@flastergreenberg.com

HARRY J. GIACOMETTI

                    on behalf of Defendant Kenneth Eric Brumberger harry.giacometti@flastergreenberg.com
                    harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.va
                    lentino@flastergreenberg.com

JILL MANUEL-COUGHLIN

                    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN

                    on behalf of Creditor WELLS FARGO BANK  N.A. ET SEQ. bankruptcy@powerskirn.com

LAWRENCE J. KOTLER

                    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com

LYNN E. FELDMAN

                    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

LYNN E. FELDMAN

                    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

LYNN E. FELDMAN

                    on behalf of Accountant Giuliano  Miller & Comapny, LLC trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com

MATTEO SAMUEL WEINER

                    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MICHAEL J. BURNS

                    on behalf of Plaintiff Joyce Wojtowicz mjburnslaw@verizon.net

MICHAEL J. BURNS

                    on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 mjburnslaw@verizon.net

SIDNEY L. GOLD

                    on behalf of Plaintiff Plan Participants in the Tri-State Imaging PR  LLC Flexible Plan 501 sgold@discrimlaw.net,
                    ddrages@discrimlaw.net;ashields@discrimlaw.net

SIDNEY L. GOLD

                    on behalf of Plaintiff Joyce Wojtowicz sgold@discrimlaw.net  ddrages@discrimlaw.net;ashields@discrimlaw.net

STEVEN J. ADAMS

                    on behalf of Defendant Wells Fargo Clearing Services  LLC d/b/a Wells Fargo Advisors sja@stevenslee.com,
                    dda@stevenslee.com

THOMAS DANIEL BIELLI

                    on behalf of Plaintiff Lynn E. Feldman  as Chapter 7 Trustee for the Bankruptcy Estate of Kenneth Eric Brumberger
                    tbielli@bk-legal.com, ldees@bk-legal.com

THOMAS DANIEL BIELLI

                    on behalf of Trustee LYNN E. FELDMAN tbielli@bk-legal.com  ldees@bk-legal.com

THOMAS I. PULEO

                    on behalf of Creditor Toyota Lease Trust tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 22

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**BRUMBERGER, KENNETH ERIC**<br><br><br><br>**Debtor(s)** | )<br>) Chapter 7<br>)<br>) Case No. 16-18943-AMC<br>)<br>)<br>) |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

     **AND NOW**, this _____ day of _____, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $8,112.50 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $59.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**Date: February 10, 2021**

Ashely M. Chan
United States Bankruptcy Judge